

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Ruby, Thomas Alan<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR 05-126-CJC<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT and Initial Appearance |

Upon motion of __defendant__, IT IS ORDERED that a detention hearing and the Initial appearance is set for __Friday, 1/11/08__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N. Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __1/9/08__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                              Page 1 of 1