UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>Duby, Thomas Alan<br><br>                    Defendant. | Case No.: SACR 05-126-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD  CA___, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___lack of viable bail ~~resources;~~ background, cnty ties unverified; substance abuse history; nature of alleg's, which evidences a lack of amenability to supervision___

1  _____
2  _____
3      and/or
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on _criminal history record, incl_
8  _multiple convs for narcotics offenses; recent_
9  _arrest for narcotics offense; substance_
10 _abuse history; previous supervision violation_
11 _____
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: _1/11/08_
17                       ROBERT N. BLOCK
                         UNITED STATES MAGISTRATE JUDGE